# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONELL TUNIORS

VERSUS

AMERICAN TRANSPORTATION
GROUP INSURANCE RISK
RETENTION GROUP, INC.,
BUDGET TRUCK RENTAL, LLC AND
JERALD DWAYNE STEWART

CONSOLIDATED WITH

ZURICH AMERICAN INSURANCE
COMPANY, AS SUBROGEE OF
KLEINPETER FARMS DAIRY, LLC

VERSUS

AMERICAN TRANSPORTATION
GROUP INSURANCE RISK
RETENTION GROUP, INC.,
BUDGET TRUCK RENTAL, LLC,
JERALD DEWAYNE STEWART,
ALEXIS GROUP LOGISTICS CO.,
AND J.W. LOGISTICS, LLC

NO.   2025 CW 0259

**MARCH 21, 2025**

---

In Re:   American Transportation Group Insurance Risk Retention
Group, Inc., applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
707051.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

**SMM**
**HG**

**Wolfe, J.,** concurs.  The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396
So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT